Nancy D. MARTZ, Executrix of the Estate of Harry L. Otto, Deceased, Respondent

v.

GOLDEN GATE NATIONAL SENIOR CARE, LLC; GGNSC Altoona Hillview LP, d/b/a Golden Living Center–Hillview GP LLC; GGNSC Altoona Hillview GP LLC; GGNSC Holdings LLC; GGNSC Equity Holdings, LLC; GGNSC Administrative Services, LLC; GGNSC Clinical Services, LLC; Golden Gate Ancillary, LLC; Denise Curry, an individual, and Robert Etchells, NHA, Petitioners

No. 120 WAL 2016

Supreme Court of Pennsylvania.

November 17, 2016

### ORDER

PER CURIAM

AND NOW, this 17th day of November, 2016, the Petition for Allowance of Appeal is GRANTED. The Superior Court's order is VACATED. This matter is REMANDED for proceedings consistent with the decision in *Taylor v. Extendicare Health Facilities, Inc.*, 147 A.3d 490 (Pa. 2016).

Charlotte VINCIGUERRA, Executrix of the Estate of Frank Vinciguerra, Deceased and Charlotte Vinciguerra, Widow in Her Own Right

v.

BAYER CROPSCIENCE INC., as Successor to Amchem Products, Inc., f/k/a Benjamin Foster Company, Bell & Gossett, Brand Insulations, Inc., Certain–Teed Corp., Cleaver–Brooks, a Division of Aqua–Chem, Inc., Crane Co., David Moser, DFT, Inc., Durabla Canada, Ltd., E.I. Dupont Denemours & Company, Foster Wheeler Corporation, Georgia–Pacific Corp., Goodyear Canada, Inc., The Goodyear Tire & Rubber Co., Goulds Pumps, Inc., Greene, Tweed & Company, Inc., Grinnell Corporation, Hajoca Corporation, Herman Goldner Co., Inc., Honeywell Inc., Ingersoll Rand Company, John Crane, Inc., Keeler/Dorr–Oliver Boiler Co., Marley Cooling Tower, Metropolitan Life Insurance Co., Owens–Illinois Inc., Pecora Corp., Riley Stoker Corp., SEPCO Corporation, Inc., Sid Harvey Industries, Inc., f/k/a Sid Harvey Mid Atlantic Inc., Union Carbide Corp., Warren Pumps, LLC, Weil McLain, a Division of the Marley Co., a Wholly Owned Subsidiary of United Dominion Industries, Inc., Yarway Corporation, Avocet Enterprises, Inc., f/k/a Ventfabrics, Inc., DAP Products, Inc., Duro Dyne Corp., and Tremco Inc.

Appeal of: Crane Co.

Thomas Amato and Jean Amato, His Wife

v.

Bell & Gossett, Clark–Reliance Corp., Copes–Vulcan, Inc., Crane Co., Dezurik/Copes–Vulcan, Electrolux Home Products, Inc., Goodyear Canada, Inc., Greene, Tweed & Company, Industrial Holdings Corp. f/k/a Carborundum Company, Inc., J.A. Sexauer, Inc., John Crane, Inc., Lincoln Electric Co., NIBCO, Inc., Parker–Hannifin Corp.,

Saint–Gobain Abrasives, Inc., SEPCO Corp., SPX Corp., Velan ValveCorp., William Powell Company, Ingersoll Rand Company, Trane US, Inc., Individually and f/k/a American Standard, Inc., Successor to the Trane Co., American Radiator & StandardSanitary Corp., Kewanee Boiler, Co., and/or Kewanee Boiler Div. of American Standard, Union Carbide Corp. and Warren Pumps, LLC

Appeal of: Crane Co.

No. 4 EAP 2016
No. 5 EAP 2016

Supreme Court of Pennsylvania.

ARGUED: September 13, 2016
DECIDED: November 22, 2016

**ORDER**

PER CURIAM

The appeals are DISMISSED as having been improvidently granted.

SALSGIVER COMMUNICATIONS, INC., Salsgiver Telecom, Inc., and Salsgiver, Inc., Appellants

v.

CONSOLIDATED COMMUNICATIONS HOLDINGS, INC., North Pittsburgh Systems, Inc., and North Pittsburgh Telephone Company, Inc., Appellees

No. 946 WDA 2015

Superior Court of Pennsylvania.

Argued May 17, 2016

FILED NOVEMBER 10, 2016